```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  PAUL S. PADDA
    Assistant United States Attorney
 3  333 Las Vegas Blvd. South, Rm. 5000
    Las Vegas, Nevada  89101
 4  Tele: (702) 388-6336
    Fax: (702) 388-6787
 5
    Attorneys for the Federal Defendant
 6
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT HUTCHINSON and, )<br>LYNDI HUTCHINSON, husband )<br>and wife, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendants. )<br>_____ | Civil Action No. 2:09-CV-1350-RLH-(RJJ) |

## STIPULATION FOR DISMISSAL

Pursuant to this Court's Order dated May 6, 2010, the parties wish to advise the Court that Plaintiffs' have received payment pursuant to the terms of a Settlement Agreement. Accordingly, per the terms of that agreement, the parties respectfully request that the Court dismiss this case, with prejudice.

| | |
|---|---|
| /s/ Timothy R. Titolo<br>_____<br>TIMOTHY R. TITOLO, Esq.<br>10100 West Charleston Blvd.<br>Las Vegas, Nevada 89135<br>Attorney for Plaintiffs<br><br>Dated: July 16, 2010 | Respectfully submitted,<br><br>DANIEL G. BOGDEN<br><br>/s/ Paul S. Padda<br>_____<br>Paul S. Padda<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South<br>Las Vegas, Nevada<br>Attorneys for the United States<br><br>Dated: July 16, 2010 |

**It IS SO ORDERED:**

**In light of the stipulation seeking dismissal with prejudice, it hereby ordered that this civil action, 09-1350, is hereby dismissed with prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated: July** 19th **, 2010**